AO 154 (10/03) Substitution of Attorney

# UNITED STATES DISTRICT COURT

__Northern__ District of __California__

Diversified Capital Investments, Inc.
　　　　　　　　　Plaintiff (s),
V.
Sprint Communications, Inc., et al.
　　　　　　　　　Defendant (s),

**CONSENT ORDER GRANTING SUBSTITUTION OF ATTORNEY**

CASE NUMBER: 3:15-cv-03796-HSG

Notice is hereby given that, subject to approval by the court, __Diversified Capital Investments, Inc.__ substitutes
(Party (s) Name)

__Ray E. Gallo__, State Bar No. __158903__ as counsel of record in
(Name of New Attorney)

place of __Daniel Alberstone, Roland Tellis, and Mark Pifko (Firm Name: Baron & Budd, P.C.)__.
(Name of Attorney (s) Withdrawing Appearance)

Contact information for new counsel is as follows:

　Firm Name:　　　Gallo LLP
　Address:　　　　1299 Fourth St., Suite 505, San Rafael, CA 94901
　Telephone:　　　(415) 257-8800　　　　Facsimile　(415) 257-8844
　E-Mail (Optional):　rgallo@gallo-law.com

I consent to the above substitution.
Date:　5-5-2016
　　　　　　　　　　　　　　　　　　　　　(Signature of Party (s))

I consent to being substituted.
Date:　5/4/16　　　　　　　　　　ROLAND TELLIS
　　　　　　　　　　　　　　　　　　(Signature of Former Attorney (s))

I consent to the above substitution.
Date:　5/4/2016
　　　　　　　　　　　　　　　　　　(Signature of New Attorney)

The substitution of attorney is hereby approved and so ORDERED.

Date:　May 6, 2016　　　　　　　　　Haywood S. Gilliam Jr.
　　　　　　　　　　　　　　　　　　　　　Judge

[Note: A separate consent order of substitution must be filed by each new attorney wishing to enter an appearance.]