**GALLO LLP**
Ray E. Gallo (SBN 158903)
rgallo@gallo-law.com
Dominic Valerian (SBN 240001)
dvalerian@gallo-law.com
1299 Fourth St., Ste. 505
San Rafael, CA 94901
Phone: (415) 257-8800
*Attorneys for Plaintiff*
*Diversified Capital Investments, Inc.*

**MCGUIREWOODS LLP**
A. Brooks Gresham (SBN 155954)
bgresham@mcguirewoods.com
Sylvia J. Kim (SBN 258363)
skim@mcguirewoods.com
Arsen Kourinian (SBN 271966)
akourinian@mcguirewoods.com
1800 Century Park East, 8th Floor
Los Angeles, CA 90067
Telephone: 310.315.8200
*Attorneys for Defendants Nextel of California, Inc.,*
*Nextel Communications, Inc. and*
*Sprint Communications, Inc.*

**Gallo LLP**
1299 Fourth St., Suite 505
San Rafael, CA 94901

# THE UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DIVERSIFIED CAPITAL INVESTMENTS, INC., on behalf of itself and all others similarly situated,<br><br>      Plaintiff,<br><br>  v.<br><br>SPRINT COMMUNICATIONS, INC.; NEXTEL COMMUNICATIONS, INC.; NEXTEL OF CALIFORNIA, INC.; and DOES 1 through 100, inclusive,<br><br>      Defendants. | Case No. 3:15-cv-03796-HSG<br><br>Hon. Haywood S. Gilliam, Jr.<br><br><br>**STIPULATION OF DISMISSAL WITH PREJUDICE OF ENTIRE ACTION AND [PROPOSED] ORDER** |

**STIPULATION OF DISMISSAL**

WHEREAS Plaintiff Diversified Capital Investments, Inc. ("Diversified") and Defendants Sprint Communications, Inc., Nextel Communications, Inc., and Nextel of California, Inc. (collectively, "Defendants") have settled their dispute in the above-captioned action,

IT IS HERBY STIPULATED, by and between Diversified and Defendants, through their respective counsel of record and pursuant to the terms of the settlement agreement these parties concluded on August 24, 2016, that Diversified's individual claims against Defendants in the above-captioned action be and hereby are dismissed in their entirety with prejudice pursuant to Federal Rule of Civil Procedure 41(a), each party to bear its own costs and fees, and that the putative class allegations in the above-captioned action be and hereby are dismissed without prejudice.

DATED: August 24, 2016          **GALLO LLP**

By:  /s/ *Ray E. Gallo*
       Ray E. Gallo
       Attorneys for Plaintiff Diversified Capital
       Investments, Inc.

DATED: August 24, 2016          **MCGUIREWOODS LLP**

By:  /s/ *A. Brooks Gresham*
       A. Brooks Gresham
       Attorneys for Defendants Sprint Communications,
       Inc., Nextel Communications, Inc., and Nextel of
       California, Inc.

**Gallo LLP**
1299 Fourth St., Suite 505
San Rafael, CA 94901

**STIPULATION OF DISMISSAL**

**[PROPOSED] ORDER**

Based on the above stipulation, and good cause appearing therefor, IT IS HEREBY ORDERED that the above-captioned action is dismissed in its entirety with prejudice, each party to bear its own costs and fees, and the class allegations are dismissed without prejudice.

Dated: _____, 2016

_____
Hon. Haywood S. Gilliam, Jr.
United States District Judge

**Gallo LLP**
**1299 Fourth St., Suite 505**
**San Rafael, CA 94901**

Page 3
**STIPULATION OF DISMISSAL**

## ATTESTATION PURSUANT TO CIVIL LOCAL RULE 5-1

I, Ray E. Gallo, attest that concurrence in the filing of this document has been obtained from the other signatory. Executed on August 24, 2016 in San Rafael, California.

/s/ Ray E. Gallo
Ray E. Gallo

**Gallo LLP**
**1299 Fourth St., Suite 505**
**San Rafael, CA 94901**

**STIPULATION OF DISMISSAL**